Alonzo A. Pope, administrator de bonis non of estate of Aaron Eaton, deceased, appellee, v. United Funeral System Association, appellant. Gen. No. 40,551.

Opinion filed May 2, 1939.

B. G. Clanton, for appellant. Brown, Brown, Cyrus & Greene, for appellee; Sydney P. Brown and Marcus A. Mahone, of counsel.

Mr. Justice Friend delivered the opinion of the court.